AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Christopher Schoenmann<br>*Defendant* | ) ) ) ) ) | Case No. 1:24-mj-501 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America .

Date: 1/23/25

s/Alessandra P. Serano
*Attorney's signature*

Alesssandra P. Serano (CA 204796)
*Printed name and bar number*

United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

alessandra.serano@usdoj.gov
*E-mail address*

(703) 299-3768
*Telephone number*

*FAX number*